■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MEDINA, Appellant. [666 NYS2d 415] —Judgment, Supreme Court, Bronx County (David Stadtmauer, J.), rendered April 12, 1994, convicting defendant, after a jury trial, of murder in the second degree, and sentencing him to a term of 25 years to life, unanimously affirmed.

The court's ruling allowing testimony of the victim's daughter, who was eight years old at the time of trial, was a proper exercise of discretion, since the record of the voir dire reflects that the child had the requisite intelligence and capacity to testify at trial and understood the nature and consequence of the oath (see, People v Parks, 41 NY2d 36, 50). The court's Sandoval ruling was a proper exercise of discretion (see, People v Rice, 223 AD2d 405, lv denied 87 NY2d 1024). We perceive no abuse of sentencing discretion and conclude that the sentence was not based on any inappropriate criteria. Concur—Sullivan, J. P., Rosenberger, Wallach, Rubin and Tom, JJ.

■ LANCE McGEE, Respondent, v FAMILY CARE SERVICES et al., Appellants. [666 NYS2d 415] —Order, Supreme Court, Bronx County (Luis Gonzalez, J.), entered December 5, 1996, which denied defendants' motion to strike plaintiff's note of issue and certificate of readiness, unanimously affirmed, with costs.

The motion was based on plaintiff's failure to disclose experts who would testify for him at trial. In opposition, plaintiff supplied an expert designation, which defendant's reply argued was inadequate under CPLR 3101 (d) (1) (i). The motion court, noting that plaintiff's designated expert was also his treating physician, held that defendant had sufficient notice of this witness's projected testimony by reason of having been given his report and records. We agree with that assessment, and would add that the motion could have been denied because disclosure with respect to treating physicians is governed by CPLR 3121 and 22 NYCRR 202.17, not CPLR 3101 (d) (1) (see, Rook v 60 Key Centre, 239 AD2d 926). Concur—Sullivan, J. P., Rosenberger, Wallach, Rubin and Tom, JJ.